THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS EUGENE KEEL,<br><br>　　　　　　　　Defendant. | CASE NO. CR20-0137-JCC-11<br><br>ORDER |

This matter comes before the Court on Defendant Travis Keel's unopposed motion to proceed with a guilty plea hearing by video conference or telephone conference (Dkt. No. 139). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

I.　　BACKGROUND

Mr. Keel has been charged with conspiring to distribute controlled substances and possessing controlled substances with intent to distribute. (Dkt. No. 1 at 18–21.) He reached a plea agreement with the Government and state prosecutors on November 5, 2020. (Dkt. No. 139 at 3.) On November 13, 2020, Mr. Keel was sentenced in Snohomish County Superior Court and is now in the custody of the Washington State Department of Corrections. (*Id.*) He would like to proceed with his federal plea hearing by video or telephone conference. (*Id.* at 1.)

//

## II. DISCUSSION

Delaying Mr. Keel's plea hearing would cause serious harm to the interests of justice. *See* W.D. Wash. General Orders 04-20, 09-20, 14-20, 17-20. Under General Order 18-20, in-person proceedings will not resume until at least April 1, 2021. *See* W.D. Wash. General Order 18-20. Delaying Mr. Keel's plea hearing and, as a consequence, his sentencing, by at least ten weeks would cause serious harm to the interests of justice because Mr. Keel has a strong interest in the speedy resolution of this matter now that he has decided to plead guilty.

## III. CONCLUSION

For the foregoing reasons, the Court GRANTS Defendant Travis Keel's motion to proceed with a guilty plea by video conference (Dkt. No. 139) and ORDERS that Mr. Keel's plea hearing be scheduled before a Magistrate Judge as soon as practicable and be conducted by video or telephone conference.

DATED this 21st day of January 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE