THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS EUGENE KEEL,<br><br>　　　　　　　　Defendant. | CASE NO. CR20-0137-JCC-11<br><br>ORDER |

The Court, having considered the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 146), to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B), hereby REJECTS the defendant's plea of guilty to Count 32 of the Indictment because the charges in the plea agreement do not match the indictment and the parties' stipulation regarding the plea hearing is not signed by Mr. Keel or counsel for Mr. Keel. (*See* Dkt. No. 149.) The Court concludes that the most prudent course is for the parties to revise the plea agreement to match the indictment and for Mr. Keel to participate in a second plea colloquy based on the corrected agreement.

//

//

//

ORDER
CR20-0137-JCC-11
PAGE - 1

1   IT IS SO ORDERED this 18th day of March 2021.

2

3

4
_____
John C. Coughenour
5
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
CR20-0137-JCC-11
PAGE - 2