THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS EUGENE KEEL,<br><br>　　　　　　　Defendant. | CASE NO. CR20-0137-JCC-11<br><br>ORDER |

This matter comes before the Court on Defendant Travis Keel's motion to proceed with sentencing by video conference (Dkt. No. 189). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

I.　　**BACKGROUND**

Mr. Keel has been charged with conspiring to distribute controlled substances and possessing controlled substances with intent to distribute. (Dkt. No. 1 at 18–21.) He reached a plea agreement with the Government and state prosecutors on November 5, 2020. (Dkt. No. 139 at 3.) On November 13, 2020, Mr. Keel was sentenced in Snohomish County Superior Court and is now in the custody of the Washington State Department of Corrections. (*Id.*) He attempted to plead guilty to the federal charges in January 2021, but the Court rejected the plea because the charges in the plea agreement did not match the indictment. (*See* Dkt. No. 164.) The parties entered into a revised plea agreement on April 20, 2021 and Mr. Keel pled guilty in front of a

Magistrate Judge on April 21, 2021. (Dkt. Nos. 185, 186.) Mr. Keel now moves to proceed with his federal sentencing hearing by video conference. (Dkt. No. 189.)

## II. DISCUSSION

Under General Order 04-21, in-person proceedings will not resume until at least May 2021. *See* W.D. Wash. General Order 04-21. Delaying Mr. Keel's sentencing further, after he already attempted to plead guilty several months ago, would cause serious harm to the interests of justice because Mr. Keel has a strong interest in the speedy resolution of this matter. Delaying Mr. Keel's plea hearing further while waiting for-in person proceedings to commence would cause serious harm to the interests of justice. *See* W.D. Wash. General Orders 04-20, 09-20, 14-20, 17-20, 06-21.

## III. CONCLUSION

For the foregoing reasons, the Court GRANTS Defendant Travis Keel's motion to proceed with a sentencing hearing by video conference (Dkt. No. 189).

DATED this 28th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0137-JCC-11
PAGE - 2